BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 3688385 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| KRIS E. BORDERS, | ) | |
| | ) | |
| Defendant | ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 3688385 against KRIS E. BORDERS without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated:  September 15, 2016        Respectfully Submitted,
                                          Benjamin B. Wagner
                                          United States Attorney

                          By:       /s/ Christopher R. Pilch
                                          Christopher R. Pilch
                                          Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 3688385 against KRIS E. BORDERS be dismissed without prejudice, in the interest of justice.

Dated:  September  15 , 2016

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge